**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph C. Holmes, | No. CV-08-190-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Russell Barker, a Police Officer for the City of Clinton, Tennessee, et al. | |
| Defendants. | |

On September 19, 2008, the Court issued an order denying Plaintiff's motion for appointment of counsel. Dkt. #19. The Court denied Plaintiff's motion for reconsideration of that order one month later. Dkt. #30. Plaintiff has filed a new motion for appointment of counsel, arguing that he is in fact able to demonstrate a likelihood of success on the merits. Dkt. #31. The Court will not revisit the issue of appointment of counsel for a third time.

**IT IS ORDERED** that Plaintiff's motion for appointment of counsel (Dkt. #31) is **denied**.

DATED this 25th day of November, 2008.

_David G. Campbell_
United States District Judge